# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

COGNIZANT WORLDWIDE LIMITED and
COGNIZANT TECHNOLOGY SOLUTIONS
U.S. CORPORATION,

                Plaintiffs,

    v.

BARRETT BUSINESS SERVICES, INC.,

                Defendant.

Case No. 2:19-cv-01848-JCC-MLP

**ORDER GRANTING STIPULATED
MOTION EXTENDING TIME FOR
REPLY BRIEF**

NOTE ON MOTION CALENDAR:
February 4, 2020

 

Before the Court is the Parties' Stipulated Motion Extending Time for Reply Brief.  Upon review of the Stipulated Motion, and the record before the Court, and for good cause shown, it is hereby ORDERED that the Stipulated Motion Extending Time for Reply Brief is GRANTED; and it is FURTHER ORDERED that Cognizant shall file any reply in support of its pending Motion to Dismiss Amended Counterclaims (Dkt. No. 58) no later than February 14, 2020.

Dated this 5th day of February, 2020

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION EXTENDING TIME
CASE NO. 2:19-CV-01848-JCC-MLP
Page 1

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M. STREET, N.W., SUITE 400, WASHINGTON, D.C.
TEL: 202-326-7900  FAX: 202-326-7999

Presented by:

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs

By  */s/ Jeffrey M. Thomas*
Jeffrey M. Thomas, WSBA #21175

By  */s/ John D. Cadagan*
John D. Cadagan, WSBA #47996
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
jthomas@gordontilden.com
jcadagan@gordontilden.com;

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, PLLC**
Attorneys for Plaintiffs

Andrew M. Hetherington, *Pro Hac Vice*
Andrew Chun-Yang Shen, *Pro Hac Vice*
1615 M. Street, N.W., Suite 400
Washington, DC 20036
202.326.7900
ahetherington@kellogghansen.com
ashen@kellogghansen.com

ORDER GRANTING EXTENDING TIME CASE NO.

2:19-CV-01848-JCC-MLP
Page 2

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M. STREET, N.W., SUITE 400, WASHINGTON, D.C.
TEL: 202-326-7900  FAX: 202-326-7999