The Honorable John C. Coughenour
The Honorable Michelle L. Peterson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COGNIZANT WORLDWIDE LIMITED and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>Defendant. | Case No. 2:19-cv-01848-JCC-MLP<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL SCHEDULE AND TRIAL DATE** |

Having reviewed the stipulated motion for extension of the pretrial schedule and the trial date filed by the parties (dkt. # 74), the Court hereby amends the prior scheduling order (dkt. # 65) and sets the following amended trial date and pretrial schedule:

| Event | Date |
|---|---|
| JURY TRIAL to begin at 9:30 a.m., in Courtroom 16206 on: | 6/1/2021 |
| Deadline for amending pleadings | [to be set in the Court's ruling on Cognizant's motion to dismiss BBSI's amended counterclaims] |
| Reports of expert witnesses under FRCP 26(a)(2) due | 12/3/2020 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 01/11/2021 |

| | |
|---|---|
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 01/18/2021 |
| Discovery to be completed by | 01/22/2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) | 2/19/2021 |
| Mediation per LCR 39.1 held no later than | 2/19/2021 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 5/11/2021 |
| Agreed LCR 16.1 Pretrial Order due | 5/18/2021 |
| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 5/28/2021 |

DATED this 21st day of May, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge