UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COGNIZANT WORLDWIDE LIMITED, *et al.*,

Plaintiffs,

v.

BARRETT BUSINESS SERVICES INC,

Defendant.

Case No. C19-1848 JCC-MLP

ORDER

This matter is before the Court on the parties' stipulated motion for extension of the pretrial schedule and trial date. (Dkt. # 81.) Having reviewed the motion and the balance of the record, the Court hereby amends the scheduling order and sets the following amended trial date and pretrial schedule:

| EVENT | DATE |
|---|---|
| JURY TRIAL to begin at 9:30 a.m., in Courtroom 16206 on: | **09/06/2021** |
| Deadline for amending pleadings | 09/28/2020 |
| Reports of expert witnesses under FRCP 26(a)(2) due | 03/03/2021 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 04/12/2021 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 04/14/2021 |
| Discovery to be completed by | 04/23/2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) | 05/19/2021 |

ORDER - 1

| Mediation per LCR 39.1 held no later than | 05/19/2021 |
|---|---|
| All motions in limine must be filed by this date and noted on the motion calendar no later than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 08/11/2021 |
| Agreed LCR 16.1 Pretrial Order due | 08/18/2021 |
| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 08/27/2021 |

The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 12th day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2