# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

COGNIZANT WORLDWIDE LIMITED and
COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION,

          Plaintiffs,

     v.

BARRETT BUSINESS SERVICES, INC.

         Defendant.

Case No. 2:19-cv-01848-JCC-MLP

## ORDER GRANTING EXTENSION OF TIME

NOTE ON MOTION CALENDAR:
**March 3, 2021**

For good cause show, the Court extends the deadlines set in the September 14, 2020 order as follows:

| EVENT | NEW DATE |
|---|---|
| JURY TRIAL to begin at 9:30 a.m., in Courtroom 16206 on: | 12/13/2021 |
| Deadline for amending pleadings | As provided for in Judge Coughenour's ruling on the motion to dismiss |
| Reports of expert witnesses under FRCP 26(a)(2) due | 06/03/2021 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 07/12/21 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | 07/14/2021 |
| Discovery to be completed by | 07/23/2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy Daubert must be filed pursuant to LCR 7(d) | 08/19/2021 |
| Mediation per LCR 39.1 held no later than | 08/19/2021 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the third Friday after filing but no later than the Friday before the pretrial conference (see LCR 7(d)(4)) | 11/11/2021 |
| Agreed LCR 16.1 Pretrial Order due | 11/18/2021 |

| Trial briefs, proposed voir dire and jury instructions, and trial exhibits due. | 11/29/2021 |
|---|---|

DATED this 4th day of March, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Proposed order presented by:

Peter E. Pederson, WSBA #35856
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Email: ppederson@hinshawlaw.com
Telephone: 312-704-3604
Facsimile: 312-704-3001

S. Karen Bamberger, WSBA #18478
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone: 206-292-9988
kbamberger@bpmlaw.com
**Attorneys for Defendant, Barrett Business Services, Inc.**