THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COGNIZANT WORLDWIDE LIMITED and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>Defendant. | CASE NO. C19-1848-JCC-MLP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 109). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action, including all of Cognizant's claims against BBSI and all of BBSI's counterclaims against Cognizant, should be dismissed with prejudice and without an award of costs or attorney fees to either party. (Dkt No. 109.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED with prejudice and without costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

1     DATED this 10th day of August 2021.

2                                     Ravi Subramanian
Clerk of Court

3

4                                     s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1848-JCC-MLP
PAGE - 2